**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| LINDA S. PARKS, | ) | |
| | ) | |
| Plaintiff, | ) | **ACTION** |
| | ) | |
| v. | ) | No.  12-1282- MLB |
| | ) | |
| PERSELS & ASSOCIATES, LLC and | ) | |
| LAURA K SIMPSON-REDMOND, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by bankruptcy judge Dale Somers, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. Rule 72(b), the court accepts the recommended decision and adopts it as its own.

IT IS SO ORDERED.

Dated this   17th    day of August, 2012, at Wichita, Kansas.

> s/ Monti Belot
> Monti L. Belot
> UNITED STATES DISTRICT JUDGE