IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MEGAN DIANE BALLWAY, *Debtor.* | Case No. 12-CV-01282-JTM-DJW |
| LINDA S. PARKS, Trustee, *Plaintiff,* v. PERSELS &ASSOCIATES, LLC, and LAURA K. SIMPSON-REDMOND, *Defendants.* | Bankruptcy Case No. 10-13945 Adversary Case No. 11-05016 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(B), the parties notify the Court that this matter has been settled and stipulate to dismissal with prejudice of all claims against Laura K. Simpson-Redmond.

Respectfully submitted,

REDMOND & NAZAR, L.L.P.
*Counsel for Persels & Associates LLC*

s/ W. Thomas Gilman
W. Thomas Gilman #11867
245 N. Waco, Suite 402
Wichita, Kansas 67202
(316) 262 8361 / (316) 263-0610 fax
wtgilman@redmondnazar.com

JOSEPH HOLLANDER & CRAFT, L.L.C.
*Counsel for Simpson-Redmond*

<u>s/ Christopher M.Joseph</u>
Christopher M. Joseph, #19778
1508 S.W. Topeka Blvd.
Topeka, Kansas 66612
(785) 234-3272 / (785) 234-3610 fax
cjoseph@josephhollander.com


HITE, FANNING & HONEYMAN LLP
*Counsel for the Trustee*

<u>s/ Gaye B. Tibbets</u>
Gaye B. Tibbets, #13240
100 N. Broadway, Suite 950
Wichita, Kansas 67202-2209
Telephone:  (316) 265-7741
Facsimile:   (316) 267-7803